UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Juan Bautista,

                          Plaintiff,                         08 CV 6436(Judge Daniels)

                    -against-                     **Stipulation to Remand**

Elrac, Inc. d/b/a Enterprise Rent-A-Car and
Red Bull North America, LLC,

                        Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-referenced action is hereby remanded to State Court on the consent of both parties without costs or attorneys' fees to either party.

Dated: Farmingdale, New York
         August 5, 2008

Sedaghati & Associates, P.C.                    CARMAN, CALLAHAN & INGHAM, LLP

_____          _____
Natalie Sedaghati, Esq.                                 James M. Carman (JMC 6268)
Attorneys for Plaintiff                                    Attorneys for Defendants
Eleven Hanover Square, 2nd Floor               Elrac, Inc. d/b/a Enterprise Rent-A-Car
New York, New York 10005                         266 Main Street
212-344-3400                                              Farmingdale, New York 11735
Fax No. 718-412-3268                            (516) 249-3450
File No. 07-0152                                       Fax No. (516) 843-6390


So Ordered:

_____
U.S.D.J.